JS-6

JOHN E. WALKER (Bar No. 166270)
john.walker@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendants
HOME DEPOT U.S.A., INC. and TIAWEI
TECHNOLOGY (HK) LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE TRIMBLE LINDSAY and MALIBU STONE MANOR, INC., <br><br> Plaintiffs, <br><br> -vs- <br><br> THE HOME DEPOT, JAIWEI SOLAR, and HAMPTON BAY. <br><br> Defendants. <br><br><br> HOME DEPOT U.S.A., INC. and TIAWEI TECHNOLOGY (HK) LTD. <br><br> Counterclaimants, <br><br> -vs- <br><br> LANCE TRIMBLE LINDSAY and MALIBU STONE MANOR, INC., <br><br> Counterdefendants. | Case No. CV-13-09048-R-JEM <br><br> Hon. Manuel L. Real <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

## ORDER OF DISMISSAL

Upon consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiffs Lance Trimble Lindsay and Malibu Stone Manor, Inc. and Defendants Home Depot U.S.A., Inc. (identified in the Complaint as The Home Depot) and Jiawei Technology (HK) Ltd. (identified in the Complaint as Jiawei Solar) (collectively, "Defendants")[1] in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiffs Lance Trimble Lindsay and Malibu Stone Manor, Inc. and all Defendants are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

DATED: September 5, 2014

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

82SS 09W-I

---

[1] The third identified "Defendant" (Hampton Bay) is the brand illlder which the accused products were sold.